# Exhibit A-1

## Total Annual Distributions to Hardwick

# Paid to/for Nat Hardwick

| year | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|
| 2011 | $1,082,256.14 | $193,743.68 | $1,275,999.82 |
| 2012 | $834,710.39 | $6,660,383.11 | $7,495,093.50 |
| 2013 | $1,442,833.04 | $10,349,820.29 | $11,792,653.33 |
| 2014 Jan - Aug | $3,578,101.00 | $2,361,580.96 | $5,939,681.96 |
| total | $6,937,900.57 | $19,565,528.04 | $26,503,428.61 |

# Exhibit A-2

**Total Monthly Distributions to Hardwick**

# Payments from MHS to/for Nat Hardwick

| month | monthly total | year-to-date total |
|---|---:|---:|
| January 2011 | $18,000.00 | $18,000.00 |
| February 2011 | $18,000.00 | $36,000.00 |
| March 2011 | $18,000.00 | $54,000.00 |
| April 2011 | $81,182.50 | $135,182.50 |
| May 2011 | $60,000.00 | $195,182.50 |
| June 2011 | $38,000.00 | $233,182.50 |
| July 2011 | $28,000.00 | $261,182.50 |
| August 2011 | $84,905.66 | $346,088.16 |
| September 2011 | $56,140.64 | $402,228.80 |
| October 2011 | $109,000.00 | $511,228.80 |
| November 2011 | $268,743.68 | $779,972.48 |
| December 2011 | $496,027.34 | $1,275,999.82 |

# Payments from MHS to/for Nat Hardwick

| month | monthly total | year-to-date total |
|---|---|---|
| January 2012 | $393,195.00 | $393,195.00 |
| February 2012 | $117,821.00 | $511,016.00 |
| March 2012 | $330,000.00 | $841,016.00 |
| April 2012 | $308,000.00 | $1,149,016.00 |
| May 2012 | $460,430.77 | $1,609,446.77 |
| June 2012 | $782,336.77 | $2,391,783.54 |
| July 2012 | $513,805.77 | $2,905,589.31 |
| August 2012 | $697,930.77 | $3,603,520.08 |
| September 2012 | $734,930.77 | $4,338,450.85 |
| October 2012 | $706,567.55 | $5,045,018.40 |
| November 2012 | $417,930.77 | $5,462,949.17 |
| December 2012 | $2,032,144.33 | $7,495,093.50 |

# Payments from MHS to/for Nat Hardwick

| month | monthly total | year-to-date total |
|---|---:|---:|
| January 2013 | $474,227.92 | $474,227.92 |
| February 2013 | $1,080,305.78 | $1,554,533.70 |
| March 2013 | $1,002,930.77 | $2,557,464.47 |
| April 2013 | $711,375.01 | $3,268,839.48 |
| May 2013 | $1,096,441.77 | $4,365,281.25 |
| June 2013 | $1,218,499.40 | $5,583,780.65 |
| July 2013 | $767,900.93 | $6,351,681.58 |
| August 2013 | $1,066,427.10 | $7,418,108.68 |
| September 2013 | $1,229,806.98 | $8,647,915.66 |
| October 2013 | $705,252.56 | $9,353,168.22 |
| November 2013 | $537,312.48 | $9,890,480.70 |
| December 2013 | $1,902,172.63 | $11,792,653.33 |

# Payments from MHS to/for Nat Hardwick

| month | monthly total | year-to-date total |
|---|---:|---:|
| January 2014 | $319,352.21 | $319,352.21 |
| February 2014 | $527,193.99 | $846,546.20 |
| March 2014 | $853,871.45 | $1,700,417.65 |
| April 2014 | $1,055,709.99 | $2,756,127.64 |
| May 2014 | $503,977.57 | $3,260,105.21 |
| June 2014 | $1,350,375.73 | $4,610,480.94 |
| July 2014 | $1,206,322.63 | $5,816,803.57 |
| August 2014 | $122,878.39 | $5,939,681.96 |

# Exhibit A-3

## Month-by-Month Distribution Details

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|------------------------------|-------------------------------------------|----------|
| 01/31/11 | Fortuna Service Co. | $18,000.00 | | |
| **Total January 2011** | | **$18,000.00** | **$0.00** | **$18,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 02/01/11 | Fortuna Service Co. | $18,000.00 | | |
| **Total February 2011** | | **$18,000.00** | **$0.00** | **$18,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 03/01/11 | Fortuna Service Co. | $18,000.00 | | |
| **Total March 2011** | | **$18,000.00** | **$0.00** | **$18,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 04/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 04/14/11 | Nat Hardwick | $8,000.00 | | |
| 04/14/11 | Nat Hardwick | $32,000.00 | | |
| 04/15/11 | SunTrust, f/b/o Nat Hardwick | $10,000.00 | | |
| 04/18/11 | Nat Hardwick | $3,182.50 | | |
| 04/18/11 | Nat Hardwick | $10,000.00 | | |
| **Total April 2011** | | **$81,182.50** | **$0.00** | **$81,182.50** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 05/02/11 | SunTrust, f/b/o Nat Hardwick | $10,000.00 | | |
| 05/02/11 | Fortuna Service Co. | $18,000.00 | | |
| 05/11/11 | Nat Hardwick | $10,000.00 | | |
| 05/11/11 | Nat Hardwick | | $22,000.00 | |
| **Total May 2011** | | **$38,000.00** | **$22,000.00** | **$60,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 06/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 06/02/11 | SunTrust, f/b/o Nat Hardwick | $10,000.00 | | |
| 06/09/11 | Nat Hardwick | $10,000.00 | | |
| **Total June 2011** | | **$38,000.00** | **$0.00** | **$38,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 07/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 07/05/11 | Nat Hardwick | $10,000.00 | | |
| **Total July 2011** | | **$28,000.00** | **$0.00** | **$28,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|:---:|:---|---:|---:|---:|
| 08/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 08/02/11 | Nat Hardwick | $4,239.00 | | |
| 08/02/11 | Nat Hardwick | $10,000.00 | | |
| 08/24/11 | Nat Hardwick | $10,000.00 | | |
| 08/25/11 | Nat Hardwick | $42,666.66 | | |
| **Total August 2011** | | **$84,905.66** | **$0.00** | **$84,905.66** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 09/02/11 | Nat Hardwick | $5,000.00 | | |
| 09/02/11 | Nat Hardwick | $18,000.00 | | |
| 09/07/11 | Nat Hardwick | $5,070.32 | | |
| 09/07/11 | Nat Hardwick | $5,070.32 | | |
| 09/15/11 | Nat Hardwick | $5,000.00 | | |
| 09/26/11 | Fortuna Service Co. | $18,000.00 | | |
| **Total September 2011** | | **$56,140.64** | **$0.00** | **$56,140.64** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 10/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 10/03/11 | Nat Hardwick | $5,000.00 | | |
| 10/05/11 | Nat Hardwick | $42,000.00 | | |
| 10/11/11 | Nat Hardwick | $5,000.00 | | |
| 10/17/11 | Julie Callaway | $5,000.00 | | |
| 10/17/11 | Nat Hardwick | $21,087.14 | | |
| 10/18/11 | Nat Hardwick | $3,912.86 | | |
| 10/18/11 | Nat Hardwick | $4,000.00 | | |
| 10/27/11 | Nat Hardwick | $5,000.00 | | |
| **Total October 2011** | | **$109,000.00** | **$0.00** | **$109,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 11/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 11/01/11 | Nat Hardwick | $30,000.00 | | |
| 11/02/11 | Nat Hardwick | $50,000.00 | | |
| 11/09/11 | Nat Hardwick | $144,000.00 | | |
| 11/10/11 | Nat Hardwick | | $21,743.68 | |
| 11/15/11 | Nat Hardwick | $5,000.00 | | |
| **Total November 2011** | | **$247,000.00** | **$21,743.68** | **$268,743.68** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 12/01/11 | Julie Callaway | $5,000.00 | | |
| 12/01/11 | Fortuna Service Co. | $18,000.00 | | |
| 12/02/11 | Julie Callaway | $25,000.00 | | |
| 12/02/11 | Nat Hardwick | $81,000.00 | | |
| 12/08/11 | Julie Callaway | | $30,000.00 | |
| 12/09/11 | Nat Hardwick | | $120,000.00 | |
| 12/21/11 | Moriah Mills | $1,000.00 | | |
| 12/21/11 | Katrena Corcoran | $1,500.00 | | |
| 12/21/11 | Nat Hardwick | $5,000.00 | | |
| 12/21/11 | Bryan Carroll | $22,050.00 | | |
| 12/21/11 | Julie Callaway | $52,783.00 | | |
| 12/22/11 | Nat Hardwick | $17,027.34 | | |
| 12/23/11 | Nat Hardwick | $17,667.00 | | |
| 12/28/11 | Nat Hardwick | $100,000.00 | | |
| **Total December 2011** | | **$346,027.34** | **$150,000.00** | **$496,027.34** |
| **Total 2011** | | **$1,082,256.14** | **$193,743.68** | **$1,275,999.82** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 01/03/12 | Fortuna Service Co. | $18,000.00 | | |
| 01/04/12 | Colony Bank | $5,000.00 | | |
| 01/04/12 | Nat Hardwick | $80,195.00 | | |
| 01/10/12 | Nat Hardwick | $80,000.00 | | |
| 01/11/12 | Divot Holdings LLC | $100,000.00 | | |
| 01/12/12 | Divot Holdings LLC | | $100,000.00 | |
| 01/26/12 | Nat Hardwick | $10,000.00 | | |
| **Total January 2012** | | **$293,195.00** | **$100,000.00** | **$393,195.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 02/01/12 | Divot Holdings LLC | | $10,000.00 | |
| 02/03/12 | Nat Hardwick | | $15,000.00 | |
| 02/03/12 | Julie Callaway | | $25,000.00 | |
| 02/14/12 | Colony Bank | | $5,000.00 | |
| 02/21/12 | Divot Holdings LLC | | $62,821.00 | |
| **Total February 2012** | | **$0.00** | **$117,821.00** | **$117,821.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 03/01/12 | Fortuna Service Co. | $18,000.00 | | |
| 03/01/12 | Divot Holdings LLC | | $20,000.00 | |
| 03/05/12 | Colony Bank | | $5,000.00 | |
| 03/05/12 | Divot Holdings LLC | | $30,000.00 | |
| 03/05/12 | Julie Callaway | | $25,000.00 | |
| 03/16/12 | Divot Holdings LLC | | $52,000.00 | |
| 03/19/12 | Divot Holdings LLC | | $50,000.00 | |
| 03/19/12 | Julie Callaway | | $50,000.00 | |
| 03/26/12 | Divot Holdings LLC | | $80,000.00 | |
| **Total March 2012** | | **$18,000.00** | **$312,000.00** | **$330,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|-----------------------------|------------------------------------------|----------|
| 04/02/12 | Fortuna Service Co. | $18,000.00 | | |
| 04/03/12 | Divot Holdings LLC | | $50,000.00 | |
| 04/04/12 | Julie Callaway | | $50,000.00 | |
| 04/09/12 | Divot Holdings LLC | | $70,000.00 | |
| 04/13/12 | Divot Holdings LLC | | $40,000.00 | |
| 04/20/12 | Nat Hardwick | | $15,000.00 | |
| 04/20/12 | Divot Holdings LLC | | $25,000.00 | |
| 04/27/12 | Divot Holdings LLC | | $40,000.00 | |
| **Total April 2012** | | **$18,000.00** | **$290,000.00** | **$308,000.00** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|------------------------------|-------------------------------------------|----------|
| 05/01/12 | Fortuna Service Co. | $14,930.77 | | |
| 05/01/12 | Fortuna Service Co. | $18,000.00 | | |
| 05/03/12 | Divot Holdings LLC | | $30,000.00 | |
| 05/04/12 | Julie Callaway | | $50,000.00 | |
| 05/09/12 | Divot Holdings LLC | | $65,000.00 | |
| 05/16/12 | Divot Holdings LLC | | $30,000.00 | |
| 05/17/12 | Divot Holdings LLC | | $90,000.00 | |
| 05/25/12 | Divot Holdings LLC | | $60,000.00 | |
| 05/29/12 | Divot Holdings LLC | | $50,000.00 | |
| 05/30/12 | Divot Holdings LLC | | $52,500.00 | |
| **Total May 2012** | | **$32,930.77** | **$427,500.00** | **$460,430.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 06/01/12 | Divot Holdings LLC | | $30,000.00 | |
| 06/01/12 | Fortuna Service Co. | $32,930.77 | | |
| 06/04/12 | Julie Callaway | | $50,000.00 | |
| 06/07/12 | Divot Holdings LLC | | $114,406.00 | |
| 06/15/12 | Divot Holdings LLC | | $160,000.00 | |
| 06/21/12 | Divot Holdings LLC | | $120,000.00 | |
| 06/28/12 | Divot Holdings LLC | | $25,000.00 | |
| 06/29/12 | The Cosmopolitan | $250,000.00 | | |
| **Total June 2012** | | **$282,930.77** | **$499,406.00** | **$782,336.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 07/02/12 | Fortuna Service Co. | $32,930.77 | | |
| 07/05/12 | Nat Hardwick | | $15,000.00 | |
| 07/06/12 | Julie Callaway | | $50,000.00 | |
| 07/06/12 | Divot Holdings LLC | | $100,875.00 | |
| 07/13/12 | Divot Holdings LLC | | $90,000.00 | |
| 07/19/12 | Divot Holdings LLC | | $125,000.00 | |
| 07/27/12 | Divot Holdings LLC | | $100,000.00 | |
| **Total July 2012** | | **$32,930.77** | **$480,875.00** | **$513,805.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|----------------------------|------------------------------------------|----------|
| 08/01/12 | Fortuna Service Co. | $32,930.77 | | |
| 08/03/12 | Julie Callaway | | $50,000.00 | |
| 08/06/12 | Colony Bank | | $25,000.00 | |
| 08/09/12 | Divot Holdings LLC | | $40,000.00 | |
| 08/17/12 | Divot Holdings LLC | | $150,000.00 | |
| 08/24/12 | Divot Holdings LLC | | $250,000.00 | |
| 08/30/12 | Phoenix PCB LLC | | $84,668.71 | |
| 08/31/12 | Divot Holdings LLC | | $65,331.29 | |
| **Total August 2012** | | **$32,930.77** | **$665,000.00** | **$697,930.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 09/04/12 | Fortuna Service Co. | $32,930.77 | | |
| 09/06/12 | JCC LLC, d/b/a Harrah's New Orleans Casino | | $102,000.00 | |
| 09/07/12 | Julie Callaway | | $50,000.00 | |
| 09/14/12 | Divot Holdings LLC | | $100,000.00 | |
| 09/20/12 | First Citizens Bank | | $100,000.00 | |
| 09/20/12 | The Cosmopolitan | | $250,000.00 | |
| 09/27/12 | The Cosmopolitan | | $100,000.00 | |
| **Total September 2012** | | **$32,930.77** | **$702,000.00** | **$734,930.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 10/01/12 | Fortuna Service Co. | $32,930.77 | | |
| 10/05/12 | Julie Callaway | | $50,000.00 | |
| 10/05/12 | Divot Holdings LLC | | $100,000.00 | |
| 10/12/12 | Divot Holdings LLC | | $173,636.78 | |
| 10/17/12 | Divot Holdings LLC | | $240,000.00 | |
| 10/26/12 | Divot Holdings LLC | | $110,000.00 | |
| **Total October 2012** | | **$32,930.77** | **$673,636.78** | **$706,567.55** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 11/02/12 | Julie Callaway | | $50,000.00 | |
| 11/02/12 | First Citizens Bank | | $60,000.00 | |
| 11/14/12 | Divot Holdings LLC | | $150,000.00 | |
| 11/30/12 | Colony Bank | $5,000.00 | | |
| 11/30/12 | Fortuna Service Co. | $32,930.77 | | |
| 11/30/12 | Divot Holdings LLC | | $120,000.00 | |
| **Total November 2012** | | **$37,930.77** | **$380,000.00** | **$417,930.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|------------------------------|-------------------------------------------|----------|
| 12/07/12 | Julie Callaway | | $62,144.33 | |
| 12/07/12 | Divot Holdings LLC | | $100,000.00 | |
| 12/12/12 | First Citizens Bank | | $60,000.00 | |
| 12/13/12 | Divot Holdings LLC | | $560,000.00 | |
| 12/20/12 | Colony Bank | $20,000.00 | | |
| 12/21/12 | Divot Holdings LLC | | $230,000.00 | |
| 12/21/12 | The Cosmopolitan | | $250,000.00 | |
| 12/21/12 | Angel Oak Strategic Mortgage Income Fund | | $400,000.00 | |
| 12/26/12 | The Cosmopolitan | | $250,000.00 | |
| 12/31/12 | The Cosmopolitan | | $100,000.00 | |
| **Total December 2012** | | **$20,000.00** | **$2,012,144.33** | **$2,032,144.33** |
| **Total 2012** | | **$834,710.39** | **$6,660,383.11** | **$7,495,093.50** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|-----------------------------|------------------------------------------|----------|
| 01/02/13 | Colony Bank | $10,000.00 | | |
| 01/02/13 | Fortuna Service Co. | $32,930.77 | | |
| 01/03/13 | Nat Hardwick | | $21,297.15 | |
| 01/04/13 | Julie Callaway | | $50,000.00 | |
| 01/10/13 | First Citizens Bank | | $60,000.00 | |
| 01/23/13 | Renasant Bank | | $150,000.00 | |
| 01/31/13 | Divot Holdings LLC | | $150,000.00 | |
| **Total January 2013** | | **$42,930.77** | **$431,297.15** | **$474,227.92** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 02/01/13 | Colony Bank | $10,000.00 | | |
| 02/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 02/05/13 | Fortuna Service Co. | $50,930.77 | | |
| 02/13/13 | NetJets | | $33,444.24 | |
| 02/13/13 | Julie Callaway | | $50,000.00 | |
| 02/13/13 | First Citizens Bank | | $60,000.00 | |
| 02/15/13 | Divot Holdings LLC | | $100,000.00 | |
| 02/21/13 | Campbell & Brannon LLC | | $680,000.00 | |
| 02/27/13 | American Express | | $63,000.00 | |
| **Total February 2013** | | **$93,861.54** | **$986,444.24** | **$1,080,305.78** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 03/01/13 | Colony Bank | $10,000.00 | | |
| 03/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 03/01/13 | Divot Holdings LLC | | $100,000.00 | |
| 03/04/13 | Julie Callaway | | $50,000.00 | |
| 03/05/13 | Nat Hardwick | | $50,000.00 | |
| 03/08/13 | Divot Holdings LLC | | $350,000.00 | |
| 03/14/13 | First Citizens Bank | | $60,000.00 | |
| 03/19/13 | The Cosmopolitan | | $350,000.00 | |
| **Total March 2013** | | **$42,930.77** | **$960,000.00** | **$1,002,930.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 04/01/13 | Colony Bank | $10,000.00 | | |
| 04/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 04/03/13 | NetJets | | $33,444.24 | |
| 04/03/13 | First Citizens Bank | | $60,000.00 | |
| 04/05/13 | Julie Callaway | | $50,000.00 | |
| 04/05/13 | Divot Holdings LLC | | $75,000.00 | |
| 04/12/13 | Divot Holdings LLC | | $150,000.00 | |
| 04/16/13 | Divot Holdings LLC | | $100,000.00 | |
| 04/19/13 | Divot Holdings LLC | | $100,000.00 | |
| 04/26/13 | Divot Holdings LLC | | $100,000.00 | |
| **Total April 2013** | | **$42,930.77** | **$668,444.24** | **$711,375.01** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|----------------------------|-----------------------------------------|----------|
| 05/01/13 | Colony Bank | $10,000.00 | | |
| 05/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 05/03/13 | Julie Callaway | | $50,000.00 | |
| 05/03/13 | First Citizens Bank | | $60,000.00 | |
| 05/03/13 | Divot Holdings LLC | | $150,000.00 | |
| 05/08/13 | Divot Holdings LLC | | $200,000.00 | |
| 05/10/13 | Nat Hardwick | | $15,000.00 | |
| 05/17/13 | Divot Holdings LLC | | $231,011.00 | |
| 05/24/13 | Angel Oak Strategic Mortgage Income Fund | | $100,000.00 | |
| 05/24/13 | Divot Holdings LLC | | $147,500.00 | |
| 05/29/13 | Angel Oak Strategic Mortgage Income Fund | | $100,000.00 | |
| **Total May 2013** | | **$42,930.77** | **$1,053,511.00** | **$1,096,441.77** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 06/03/13 | Nat Hardwick | | $7,013.15 | |
| 06/03/13 | Colony Bank | $10,000.00 | | |
| 06/03/13 | Fortuna Service Co. | $32,930.77 | | |
| 06/03/13 | NetJets | | $33,444.24 | |
| 06/03/13 | First Citizens Bank | | $60,000.00 | |
| 06/07/13 | Julie Callaway | | $50,000.00 | |
| 06/12/13 | NetJets | | $33,444.24 | |
| 06/14/13 | Divot Holdings LLC | | $150,000.00 | |
| 06/17/13 | The Cosmopolitan | | $500,000.00 | |
| 06/21/13 | The Cosmopolitan | | $100,000.00 | |
| 06/21/13 | Divot Holdings LLC | | $150,000.00 | |
| 06/28/13 | Divot Holdings LLC | | $91,667.00 | |
| **Total June 2013** | | **$42,930.77** | **$1,175,568.63** | **$1,218,499.40** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 07/01/13 | Colony Bank | $10,000.00 | | |
| 07/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 07/01/13 | First Citizens Bank | | $65,000.00 | |
| 07/01/13 | Julie Callaway | | $109,886.09 | |
| 07/05/13 | NetJets | | $33,444.24 | |
| 07/05/13 | Divot Holdings LLC | | $300,000.00 | |
| 07/19/13 | Divot Holdings LLC | | $216,639.83 | |
| **Total July 2013** | | **$42,930.77** | **$724,970.16** | **$767,900.93** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 08/01/13 | Colony Bank | $10,000.00 | | |
| 08/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 08/02/13 | NetJets | | $33,444.24 | |
| 08/02/13 | UBS | | $150,000.00 | |
| 08/02/13 | Divot Holdings LLC | | $200,000.00 | |
| 08/05/13 | SunTrust | $55,000.00 | | |
| 08/07/13 | Beau Rivage Casino | | $250,000.00 | |
| 08/09/13 | Beau Rivage Casino | | $100,000.00 | |
| 08/16/13 | Nat Hardwick | | $25,104.47 | |
| 08/20/13 | SunTrust | $9,947.62 | | |
| 08/30/13 | Divot Holdings LLC | | $200,000.00 | |
| **Total August 2013** | | **$107,878.39** | **$958,548.71** | **$1,066,427.10** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|----------------------------|------------------------------------------|----------|
| 09/03/13 | Colony Bank | $10,000.00 | | |
| 09/03/13 | Fortuna Service Co. | $32,930.77 | | |
| 09/06/13 | SunTrust | $9,947.62 | | |
| 09/06/13 | NetJets | | $34,444.24 | |
| 09/06/13 | SunTrust | $55,000.00 | | |
| 09/10/13 | Apollo Jets | | $45,099.00 | |
| 09/10/13 | Beau Rivage Casino | | $150,000.00 | |
| 09/13/13 | Beau Rivage Casino | | $100,000.00 | |
| 09/20/13 | Apollo Jets | | $80,000.00 | |
| 09/20/13 | Divot Holdings LLC | | $150,000.00 | |
| 09/23/13 | The Cosmopolitan | | $500,000.00 | |
| 09/25/13 | Nat Hardwick | | $62,385.35 | |
| **Total September 2013** | | **$107,878.39** | **$1,121,928.59** | **$1,229,806.98** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|----------------------------|------------------------------------------|----------|
| 10/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 10/01/13 | NetJets | | $33,444.24 | |
| 10/04/13 | SunTrust | $9,947.62 | | |
| 10/04/13 | SunTrust | $55,000.00 | | |
| 10/09/13 | Nat Hardwick | $994.93 | | |
| 10/11/13 | UBS | | $100,000.00 | |
| 10/11/13 | Divot Holdings LLC | | $200,000.00 | |
| 10/15/13 | Apollo Jets | | $72,935.00 | |
| 10/16/13 | The Cosmopolitan | | $200,000.00 | |
| **Total October 2013** | | **$98,873.32** | **$606,379.24** | **$705,252.56** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 11/01/13 | Colony Bank | $10,000.00 | | |
| 11/01/13 | Fortuna Service Co. | $32,930.77 | | |
| 11/05/13 | NetJets | | $33,444.24 | |
| 11/08/13 | Divot Holdings LLC | | $50,000.00 | |
| 11/08/13 | Beau Rivage Casino | | $300,000.00 | |
| 11/13/13 | SunTrust | $55,000.00 | | |
| 11/15/13 | Apollo Jets | | $45,989.85 | |
| 11/18/13 | SunTrust | $9,947.62 | | |
| **Total November 2013** | | **$107,878.39** | **$429,434.09** | **$537,312.48** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 12/02/13 | Colony Bank | $10,000.00 | | |
| 12/02/13 | Fortuna Service Co. | $32,930.77 | | |
| 12/02/13 | NetJets | | $33,444.24 | |
| 12/03/13 | SunTrust | $9,947.62 | | |
| 12/03/13 | Divot Holdings LLC | | $200,000.00 | |
| 12/04/13 | SunTrust | $55,000.00 | | |
| 12/11/13 | Apollo Jets | $61,000.00 | | |
| 12/11/13 | The Cosmopolitan | $500,000.00 | | |
| 12/23/13 | Divot Holdings LLC | | $999,850.00 | |
| **Total December 2013** | | **$668,878.39** | **$1,233,294.24** | **$1,902,172.63** |
| **Total 2013** | | **$1,442,833.04** | **$10,349,820.29** | **$11,792,653.33** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 01/02/14 | Colony Bank | $10,000.00 | | |
| 01/02/14 | Fortuna Service Co. | $32,930.77 | | |
| 01/08/14 | NetJets | | $33,444.24 | |
| 01/14/14 | Divot Holdings LLC | $187,977.20 | | |
| 01/16/14 | SunTrust | $55,000.00 | | |
| **Total January 2014** | | **$285,907.97** | **$33,444.24** | **$319,352.21** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|---------------------------|------------------------------------------|----------|
| 02/03/14 | Colony Bank | $10,000.00 | | |
| 02/03/14 | Fortuna Service Co. | $32,930.77 | | |
| 02/03/14 | NetJets | | $33,444.24 | |
| 02/03/14 | SunTrust | $55,000.00 | | |
| 02/05/14 | Divot Holdings LLC | | $2,000.00 | |
| 02/05/14 | Colony Bank | $30,000.00 | | |
| 02/07/14 | Divot Holdings LLC | $250,000.00 | | |
| 02/14/14 | Divot Holdings LLC | | $113,818.98 | |
| **Total February 2014** | | **$377,930.77** | **$149,263.22** | **$527,193.99** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 03/03/14 | Divot Holdings LLC | $18,363.44 | | |
| 03/03/14 | SunTrust | $55,000.00 | | |
| 03/04/14 | Colony Bank | $25,000.00 | | |
| 03/04/14 | Fortuna Service Co. | $32,930.77 | | |
| 03/04/14 | NetJets | | $33,444.24 | |
| 03/14/14 | Divot Holdings LLC | $255,974.00 | | |
| 03/20/14 | Apollo Jets | | $43,159.00 | |
| 03/20/14 | Beau Rivage Casino | | $300,000.00 | |
| 03/24/14 | Beau Rivage Casino | | $90,000.00 | |
| **Total March 2014** | | **$387,268.21** | **$466,603.24** | **$853,871.45** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|------------------------------|-------------------------------------------|----------|
| 04/01/14 | Colony Bank | $25,000.00 | | |
| 04/01/14 | Fortuna Service Co. | $32,930.77 | | |
| 04/01/14 | SunTrust | $55,000.00 | | |
| 04/03/14 | NetJets | | $33,444.24 | |
| 04/03/14 | Divot Holdings LLC | | $300,000.00 | |
| 04/16/14 | Apollo Jets | | $35,318.40 | |
| 04/18/14 | Divot Holdings LLC | | $199,980.00 | |
| 04/29/14 | Apollo Jets | | $37,463.03 | |
| 04/30/14 | Apollo Jets | | $8,158.05 | |
| 04/30/14 | Apollo Jets | | $28,415.50 | |
| 04/30/14 | Beau Rivage Casino | | $300,000.00 | |
| **Total April 2014** | | **$112,930.77** | **$942,779.22** | **$1,055,709.99** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|------|-------|----------------------------|------------------------------------------|----------|
| 05/01/14 | Colony Bank | $25,000.00 | | |
| 05/01/14 | Fortuna Service Co. | $32,930.77 | | |
| 05/01/14 | SunTrust | $55,000.00 | | |
| 05/02/14 | NetJets | | $33,444.24 | |
| 05/05/14 | Divot Holdings LLC | | $22,491.00 | |
| 05/21/14 | Divot Holdings LLC | | $12,314.56 | |
| 05/21/14 | Apollo Jets | | $48,493.00 | |
| 05/23/14 | Divot Holdings LLC | | $219,304.00 | |
| 05/30/14 | SunTrust | $55,000.00 | | |
| **Total May 2014** | | **$167,930.77** | **$336,046.80** | **$503,977.57** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 06/02/14 | Colony Bank | $25,000.00 | | |
| 06/02/14 | Fortuna Service Co. | $32,930.77 | | |
| 06/02/14 | NetJets | | $33,444.24 | |
| 06/02/14 | SunTrust | $59,685.72 | | |
| 06/03/14 | The Venetian | | $400,000.00 | |
| 06/04/14 | Apollo Jets | $96,810.00 | | |
| 06/19/14 | Nat Hardwick | $12,500.00 | | |
| 06/20/14 | Divot Holdings LLC | $300,000.00 | | |
| 06/27/14 | Divot Holdings LLC | $68,653.00 | | |
| 06/30/14 | Divot Holdings LLC | $321,352.00 | | |
| **Total June 2014** | | **$916,931.49** | **$433,444.24** | **$1,350,375.73** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 07/01/14 | Colony Bank | $25,000.00 | | |
| 07/01/14 | Fortuna Service Co. | $32,930.77 | | |
| 07/01/14 | NetJets | $33,444.24 | | |
| 07/01/14 | SunTrust | $55,000.00 | | |
| 07/02/14 | SunTrust | $9,947.62 | | |
| 07/03/14 | JCC LLC, d/b/a Harrah's New Orleans Casino | $150,000.00 | | |
| 07/03/14 | Divot Holdings LLC | $200,000.00 | | |
| 07/11/14 | Divot Holdings LLC | $300,000.00 | | |
| 07/17/14 | Divot Holdings LLC | $400,000.00 | | |
| **Total July 2014** | | **$1,206,322.63** | **$0.00** | **$1,206,322.63** |

# Paid to/for Nat Hardwick

| date | payee | from MHS operating accounts | from MHS trust, escrow, & IOLTA accounts | combined |
|---|---|---|---|---|
| 08/01/14 | SunTrust | $9,947.62 | | |
| 08/01/14 | Colony Bank | $25,000.00 | | |
| 08/01/14 | Fortuna Service Co. | $32,930.77 | | |
| 08/01/14 | SunTrust | $55,000.00 | | |
| **Total August 2014** | | **$122,878.39** | **$0.00** | **$122,878.39** |
| **Total 2014** | | **$3,578,101.00** | **$2,361,580.96** | **$5,939,681.96** |