# EXHIBIT 1

January 31, 2019

Carrie Renee Nottingham Maurya

Washingtonville, NY 10992
cmaurya@trianglemfg.com
Telephone (845) 636-9205

United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Asha R. Maurya

Dear Honorable Judge Eleanor L. Ross:

I am writing on behalf of my sister-in-law and friend, Asha Maurya. I first met Asha in July 1990, when she visited Atlanta with her mother, where her older brother and my now husband, Alpesh, and I were both Georgia Tech undergraduate students. I had been dating her brother for just over six months and although Asha was two years my junior we quickly bonded. She confided in me some of her personal struggles and upon returning to New Jersey, we began exchanging written letters. Her brother had shared many of the gut-wrenching stories including those of severe physical abuse inflicted on the Maurya children. Many of which haunt me to this day, particularly those of violent or cruel in nature, such as watching their mother be beaten with a baseball bat, the children being held at gunpoint or a knife to their throat, or destroying personal possessions of the children knowing it held great sentimental meaning and significance. Life in the Maurya house, for the children was one of uncertainty and constant, never ending control and aggression. In times of peace, they lived on edge, waiting to see what they may have done wrong to set off their exceptionally violent father. It was not until 1998 when I met their father for the first and only time, that I understood their father's emotional manipulation tactics first-hand. By this time, I had not only witnessed Asha's brother's abusive behavior and erratic tendencies towards others, as I became the subject of it as well soon after our relationship began.

My husband, admittedly chose Georgia Tech to get as far away from his father as possible. Alpana, the middle child, attended Rutgers University, a 25-minute commute from the family home yet she elected to reside on campus. With her older siblings away at college, Asha was left to absorb the brunt of her father's increasingly disturbing behavior as he had become practically unhinged and maniacal. Without apology, he disclosed his extra marital affairs and indiscretions and finally after several violent altercations, he decided to go back to his home country of India, returning frequently to harass the family. Finally, the NJ court system reluctantly granted a protective order and then a divorce decree came soon after. While the whole family had to deal with the trauma of this time period, with both siblings being in college, Asha was left at home to deal with the ongoing drama and aftermath and took on the primary care role for their mother, who with all due respect, was emotionally ill-equipped to deal with these matters. While the physical abuse came to an end once their father left, the continued emotional and mental abuse continued as he relentlessly telephoned and wrote frequent letters detailing the new life he had started in India, the child he had brought into the world, even going as far as to name his 4th child, the same name as his eldest child, my husband, Alpesh. Their father taunting them of his new wonderful family, replacing the one he left behind in the United States.

Upon graduating from high school, Asha applied to and was accepted into Georgia Tech. Unfortunately, Asha was required to attend GT and live with her brother, from 1993 until 1997 when her brother graduated with his Masters and found a job in New Jersey and relocated. The impact that the years of being raised by a narcissistic father coupled with the fact that her brother was clearly bi-polar, but not diagnosed or being treated meant that the cycle of abuse that she was subjected to in her childhood continued during her college years. Asha and I suffered together and through this common cause, we continued to bond and support each other. For nearly 5 years, Asha and I suffered from Alpesh's bursts of rage including threats, emotional abuse and at times, physical abuse. In 1998, when I graduated from Georgia Tech with my Masters and married her brother and moved to NJ, Asha was basically left on her own in Atlanta. Her boyfriend at the time, while not physically abusive, showed signs of emotional and mental manipulation. Asha and I kept in touch, yet it was after the death of her father in 2001 that I noticed Asha becoming increasingly withdrawn from the family and consumed with her work. It is my belief her isolation was a form of self-defense. Your Honor, I share these details, not to gain sympathy, but to attest that Asha has really been to hell and back.

Asha and I can trace the emotional, mental and physical trauma in her paternal lineage at least five generations with the limited information available to us. Asha and her siblings reached unique outcomes, considering that they were fourth generation of abuse resulting from their exceptionally traumatic experiences. My husband, Alpesh, hadn't escaped the deep-rooted genetic dispositions such as bi-polar disorder and depression. He was fortunate to have found a partner such as myself, who is an empath. I have lent support and forgave, yet it was not until 2011, when Alpesh lost everything as I firmly declared that I would leave him with our children should he not seek professional help. Thankfully, he admitted himself into a psychiatric facility and has since been formally diagnosed with both conditions. He is still in active therapeutic treatment and the years of physical abuse have ceased. While he has made tremendous progress, his battle to address and process the emotional abuse continues. Sadly, it will be a lifelong battle.

Asha's sister, the middle sibling, Alpana, follows a similar path of her older brother, having genetic bi-polar disorder and depression markers. In my unprofessional opinion, she is emotionally and mentally abusive, depressed, is controlling and is a hoarder. Sadly, now divorced, her sister has severed ties with most of the family, leaving our nephew without much family support. To our knowledge, Alpana has not sought professional help. Alpana continues to subject their mother to abuse.

Contrary to her siblings and yet much like their mother, Asha, fell into the role of a quiet acceptor of the hurt and pain. Asha may come across as tough on the surface, but she is empathetic, has the longest memory of anyone I know, is giving, passionate, extremely creative, smart, sensitive and above all selfless and inclusive. She overshares to a fault. She teaches everyone, never wanting anyone to feel bad for not fully understanding a concept as I imagine she was made to feel more often than not. She refuses to watch any media with abusive or violent content. Although she has a vast knowledge base, Asha is naïve to the world's intentions, never expecting people's ill intentions or anything to go wrong, and truly is disheartened when people are cruel to each other.

Heartbreakingly, when family should have become closer, after their father's death, her brother's abuse continued and her sister's behavior worsened. Asha has to limit her interaction with her brother, but as his treatment plan proves more successful, she has opened up. As for her sister, as a result of the heightened levels of abuse and an absolute refusal to seek professional help, Asha was forced to limit their communication to only issues regarding their mother.

Asha lives 800 miles away from their mother and her siblings are only a mere hour away. While for a time, the siblings attempted to communicate only on issues involving their mother's care and health but this ended when Alpana served a legal directive focused on Alpesh, restricting any and all communication between Alpesh and Alpana. This action, coupled with their mother's aging and health getting progressively problematic, has forced Asha to become her mother's voice and proxy. Protecting her mother from additional distress and acting as primary care giver has also become a large part of Asha's life. For someone who is not a parent, she is truly is a nurturer, selfless and most of all forgiving.

In essence, I believe Asha had been influenced by the noted harmful long-term stressors without the coping skills to have any reprieve. I feel sadly that all Asha has known in life is a complex set of coping mechanisms that put work and duty above all else. I admire her loyalty even when so little has been shown to her.

As for the legal transgressions which have brought me to write in detail about our family's traumatic and private events, I had no idea what was happening as they happened. In 2014, Asha reached out to my husband and me to take complete ownership for her actions. Asha and I have since spent much time discussing why she believes she was not equipped to turn away from this train wreck, knowing that given the chance she would have and how remorseful she is. Asha also feels the guilt for all the resources spent on this case as a whole.

Over that 25-year period, Asha's life had been void of a true support system, yet she survived. I truly believe that toxic relationships, both personal and professional, resulted in systemic manipulation and control and Asha's sense of abandonment prevailed.

She faces her own demons and the daunting task to stop the cycle of self-destructive behaviors which have been passed down for generations through her lineage. Asha takes ownership and accountability for her actions, not once blaming another. She continues to work with professionals to understand how to grow as an individual and ensure that she does not falter again. Having recently traveled to spend time with Asha and having had the opportunity to discuss her situation in full, I am glad to see that Asha chooses hope and commits to find contentment so that she may finally have a healthy and productive relationship with herself and others. Of the three siblings, she is the only one who has been in weekly therapy for years and who is attempting to break the terrible cycle through cognitive therapy and change. It is not an easy process, but she has faced it with humility and without wavering.

As Asha has established healthy boundaries for herself and her relationships, she has become much more engaged with my family, particularly my children, her 17-year old niece and 15-year old nephew. She has become a mentor, a confidant, a counselor, an advocate for them as they deal with the challenges of living with an, albeit-in-treatment, Bi-polar father, helping them survive puberty and the struggles that naturally come with the transition from childhood into adulthood. For the first time, she is in a healthy, happy relationship and talks of long-term commitment and plans always staying hopeful even though she faces severe penalties for her actions.

She has come through the fire and is seeking a chance to rebuild, stop the cycle, and finally start the productive lifestyle which has been elusive for her entire life. It is only because of the true remorse that I have seen her demonstrate, the ownership and accountability that she has taken, the level of cooperation she has demonstrated in trying to reconcile the terrible crime that she participated in, the focused commitment she has made to improve herself and her life that I write beseeching you to consider all these circumstances as you determine the sentence to be imposed upon her for her crimes.

Asha has not blamed her actions on her upbringing nor has she not blamed it on the chain of toxic relationships she willingly entered into and led her to the point of her criminal activity. She has taken personal ownership for her actions, and despite the long history of abuse, has become determined to heal, to change, to overcome, to change her destiny in life and to no longer allow herself to be a targeted.

With this in mind, please know that her mother loves and needs her. My family loves and needs her. We are saddened by the path she has gone down and the gravity of the results of her decisions, but we assure you that if you show her mercy, you will be giving her a chance to break free from her past and live a healthy and productive life that truly all humans deserve. And I know, that she will continue to be a positive force in my children's lives helping them to steer clear of a course that she found herself lost within. She has already been actively

communicating and counseling my daughter who very much takes after Asha. My daughter has already demonstrated anxiety issues and has recently begun isolating herself. While we have gotten professional help for my daughter, it means a lot to her that she is able to talk to Asha who has been candid and loving and has offered true guidance that I know is helping my girl navigate this difficult time in her own life. It is with the greatest respect that I request, that you take all this into consideration when determining the magnitude and duration of her penalty. I know that whatever the outcome, Asha will accept it and own it, the same way she has shown shame, remorse and embarrassment for the actions that have put her in this situation. I am personally attesting, that upon completion of her punishment, rest assured that she will work every day to continue to better herself and to be a productive and contributing positive member of society.

If you have any questions or require clarifying information, please don't hesitate to reach out to me directly.

Sincerely,

Carrie R. Maurya
Vice President, Quality Assurance & Regulatory Affairs
Triangle Manufacturing Co., Inc.
cmaurya@trianglemfg.com
(845) 636-9205