# EXHIBIT 2



**The Link**
COUNSELING CENTER

January 31, 2019

United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Ms. Asha R. Maurya

Dear Honorable Judge Eleanor L. Ross:

I am writing on behalf of my counseling patient, Ms. Asha R. Maurya. Ms. Maurya has attended weekly therapy sessions at The Link Counseling Center since October 13, 2008. Initially, she began counseling in couple's therapy with her then boyfriend, when that relationship ended, Ms. Maurya continued with individual therapy. I've always found Ms. Maurya to be invested in the therapeutic process and furthermore, she had a strong desire to actively grow as a human being.

Although, Ms. Maurya did not disclose the nature of her criminal actions as they transpired, in July 2014, she did begin to those disclose the details as much as she was allowed. Ms. Maurya openly expresses deep shame, remorse and embarrassment as well as acknowledges personal accountability for her actions and serious lack of sound judgement. Since 2014, Ms. Maurya has spent the majority of her therapeutic time, focusing on, and, identifying the root causes of choices and her reasoning, which ultimately led to the criminal activity. Ms. Maurya was disappointed and confused when she deciphered the ever-present destructive and abusive patterns and has since doggedly questioned her own self-understanding.

Ms. Maurya experienced situational depression and bouts of anxiety, all of which, were normal reactions based on the gravity of her circumstances. Ms. Maurya lacked a cohesive support system, but she still coped well. Asha has made steady progress each week and genuinely makes a concerted effort to apply that knowledge, hoping for a recognizably better future. Asha keeps her primary care physician abreast of her mental health state and stressors. Although I am not a psychologist, Asha feels it appropriate to keep me updated after visiting her PCP and Asha is not prescribed medication for mood management.

Ms. Maurya came from an unstable, dysfunctional home life. Ms. Maurya's father was verbally, emotionally, physically and financially abusive, and her mother's attempts to protect her were futile. Ms. Maurya's father passed away several years after he abandoned the family to immigrate back to India yet he often returned, unannounced, more aggressive and unstable. Compounding matters further, her older brother stepped into the verbally, emotionally and physically abusive paternal role. While his verbal and emotional abuse has subsided but continues, his physical abuse ceased shortly before Ms. Maurya starting counseling. Ms. Maurya has been a target of her sister's verbal and emotional abuse since her mid-20s.

During Ms. Maurya's formidable teenage years, the abuse and the myriad of chronically stressful events were particularly impactful. For a young woman, this time would normally result in positive self-esteem, a healthy sense of sexuality, and an ability to self-regulate worthiness and condemnation. Ms. Maurya's familial relationships did not afford her the benefits of a functional, healthy family dynamic so for her this normally resulting growth would be impossible. She was socially isolated and being of Asian-Indian decent, Ms. Maurya was further impaired by a culture which is predominately controlled by the alpha-male and a culture which frowns upon divulging familial struggles and abuse.

These damaging cyclical patterns Ms. Maurya endured clearly followed her into adulthood, both into her personal relationships but also into her professional career. Even as Ms. Maurya attempted to make different, better choices and seemingly found stability, abusive influences would again take her down the same unwanted, familiar paths of repetitive traumatization.

348 Mt. Vernon Highway NE · Sandy Springs, Georgia 30328-4139 · Telephone 404.256.9797 · Facsimile 404.256.3483 · www.thelink.org

It quickly became apparent Ms. Maurya was unhappy and had no balance in either, her personal and professional life. Therefore, I urged Ms. Maurya to set appropriate limits throughout and, to counterbalance those with commensurate hobbies and activities. I constantly discussed the perils of her life-long social isolation, stressing the absences of joy and emotional support in her life. Work was Ms. Maurya's Sirens call but it simply provided a way to dissociate the "damaged pieces" of herself in order to survive and create an illusion of normalcy.

In her personal life, the abuse manifested in several ways including her inability to set boundaries. Until the time of the case, Ms. Maurya's only two romantic relationships to an outsider had staggeringly obvious mirror sacrificial themes of one-sided high dysfunction. Simply stated, she continuously gave, while they just took.

In her professional career, not unlike her personal life, the abusive dynamic is identical. Ms. Maurya sought out narcissistic superiors not to for the sake of gaining wealth, but to find her impossible "Golden Ticket," acceptance and approval. Ms. Maurya's intelligence, deductive skills, endurance for high degrees of stress, adaptability, capability and drive are banes blessings. These traits might have been valuable and sought-after in the business world, in Ms. Maurya's case, they were preyed upon. Even though Ms. Maurya knew she was acting criminally, her overwhelming need to find the impossible, overrode her good judgement and Fight or Flight instincts, leaving her now facing the harshest of penalties.

I have witnessed Ms. Maurya's true character, of empathy, fairness, respectfulness, trusting and compassionate, in the way she cares for her mother even from miles away. Positively, Ms. Maurya limited contact with her siblings, but that decision consequently often makes Ms. Maurya the only option of care and support for her mother. Ms. Maurya had expressed her disinterest in marriage, although she was engaged, nor the desire to raise a family, although she deeply loves children. Ms. Maurya has recently admitted to silently yearning both.

Ms. Maurya spent more than three years in introspection before timidly entering a new personal relationship. Although she sometimes stumbles through the minutia of it, Ms. Maurya is capable of communicating her frustrations and expressing comfortable boundaries. Their relationship is much healthier, comparably to her previous ones and Ms. Maurya has found her own voice. Ms. Maurya and her boyfriend are making long-term plans, including a wide range of possibilties such as relocating to the Northeast to assist and care for their parents but most importantly, each openly has shared their feelings and struggles during their individual counselling sessions.

Since 2008, Ms. Maurya has expressed a deep desire to further her education and she is more eager to do so now.

Once Ms. Maurya completes the penalty phase imposed by this Court, and whether the sentence includes time to serve, it is my hope Ms. Maurya continues her journey of greater self-awareness and finding self-compassion with The Link Counseling Center. Ms. Maurya actively expresses shame and guilt for her actions and is remorseful that she caused many people harm. I believe with continued therapy and hard work, her lessons learned will result in an individual adaptable to changing conditions and those lessons will see Ms. Maurya to a healthier and fulfilling future.

It is my hope this letter regarding Ms. Asha Maurya will act as a positive and contributing factor when the Court considers her case. Thank you for your time. If you have any questions or concerns regarding this letter or Ms. Maurya's therapeutic journey, please feel free to contact me.

Sincerely,

Jeffrey A. Engberg, LMFT, MS
The Link Counseling Center