# EXHIBIT 3

James Andrew Wilson

Barrie, ON, CA L4N 8A6
James73@hotmail.ca
Telephone (416) 786-0439

United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Asha R. Maurya

Dear Honorable Judge Eleanor L. Ross,

My name is James Andrew Wilson. I have known Asha for two years now and nineteen months ago, shortly prior to pleading guilty before Your Honor to the count of Conspiracy to Commit wire fraud, Asha and I began dating. Asha was more than upfront with me regarding the actions she took as well as her responsibility and accountability for those actions. Asha's candor and humble character allowed me to consider the serious nature of the judicial process and charges even before we started to date. All budding relationships have their inherent stressors but, as Your Honor can well imagine, her pending sentence and Hardwick's trial added tremendous gravity and strain onto ours and any possible future plans. With all that said, Asha's sentencing date approaches quickly; and for Asha, the strength and durability of our bond, coupled with our love has made the immense stress more manageable, less intense and just workable. Our relationship is comparatively young and our general incompatibilities create chafing, but we view our inevitable day-to-day challenges as the impetus to healing and growth, deepening our mutual respect and character, rather than weakening it.

I have only known Asha to be a passionate and resilient person who continues to recognize the needs of anyone or anything. Strangers who meet Asha for the first time often remark of her genuine warmth and are touched by her inclusiveness. Asha has done nothing but force me to look at the world through rose-colored glasses, encouraging me to pursue my education, focus on my well-being and to alter my outlook on human-kind as a whole. Rather than worrying of herself, Asha focuses her energy on others, thinking of her mother's well-being and care or of how she will ever make things right with the victims of the case before Your Honor. I periodically can see the sadness that envelopes her as she struggles to find the reasoning behind her decision-making. We speak at length often about the overwhelming remorse she feels about the mounting losses, the abuses of trust, destroying the honor of the immigrant family's American dream and her family's name.

During times of conflict, one generally seeks out empathy and an advocate to assist resolving the issue at hand. It is rare to find that a one person who is both compassionate and capable of critical decision-making, helping one across that daunting hurdle. Although Asha has admittedly made many mistakes, she is both compassionate and a fierce advocate which is the reason our trusted circle of friends turns to her during their time of need. Asha truly understands there is a difference between lending support when asked and taking it upon herself to save somebody.

I can only imagine how awful it felt to be in her shoes alone for nearly two years at the onset of this case. She has shown me that even when nobody believes in you, one must be determined and one must have tenacity. Asha sees life as a reflection of who and how we are, and as a field of potential onto which we can actualize ourselves through committed practices and steadfast mental strength. Asha does not fear failure anymore but most critically she is just now learning to fear risk to herself. In reality, to her, failure and success are simultaneous, ongoing processes, and the former almost always has to precede the latter. Asha reminds me to fight for what I want, and in order to be able to achieve something significant, I have to be fearless.

Asha chooses to still sincerely envision hope and opportunity for herself even after decimating her own career and reputation, after eighteen months of "living" in severe pain and to be denied care for the most unconscionable reasons, and after practically every single one of her possessions has been lost due to the negligence of others. Relevant or not, her record, her actions and this case have been forefront of any public conversation, job interview or application review she has engaged in since 2014. I have watched Asha gracefully accept incessantly harsh judgement or negative diatribe directed towards her. Yet, she evaluates each comment carefully for may have potential for learning and growth. I do not want her, admittedly serious, mistakes to erase her as an Individual or for this difficult period to become what others quote as "a tragic life

*1*

sentence." I want nothing more than to move forward in my relationship with Asha. She has built a strong, trusting and loving relationship with me. I consider it profoundly special when two people, such as ourselves, can relate and connect on such a deep level. We are most content when we are together and I believe, for the first time in her life, Asha is finding joy. I share my hopes and dreams with Asha and wish to live the remainder of my life with her. I wish to provide a home to Asha.

It is my opinion, Asha self-identified with her work, rather than to her potential and qualities. For most high-functioning, intelligent, talented individuals this unhealthy habit of self-identity was probably not unusual and innocuous, but for a victim of pattern abuse, this behavior proved to be disastrous. As a society, and some cultures more than others, profession defines how we value one another, it's how we earn respect. After seeing the destructive sequences of events unfold in Asha's life, I recognized I was a part of this shallow judging game as well. I did what people expected of me. I gave them an answer so they could rank my value in the appropriate box: rich/poor, important/ordinary. Asha and I have since made a concerted effort to self-correct and advocate the same.

Asha has this uncanny autobiographical memory and is able to remember her experiences with an incredible vivid detail. However, there is a downside to her strong memory. When she recalls the memory, Asha experiences the same raw emotion. It's hard to let go of traumatic events for anyone, yet for Asha most experiences, tied to emotion particularly those negative, stay connected as this cornucopia and it allows for constant, damaging self-analysis. Asha has been avoidant of graphic or abusive context for decades, she compartmentalizes her life into small chapters per se to cope. As difficult as the forensic audit and the M&A processes must have been for this case, I would venture to guess it would have been more so had she not had a strong memory.

Asha and I both agree that emotionally grounded individuals require the active engagement of a therapist and although weekly sessions are financially difficult for her, she felt the continued confines of therapy were the appropriate place to cope with the sequelae of her entire criminal proceedings as well as the subsequent events. We attend counseling separately, each gaining insightful self-actualizations about our personal journeys, with the goal of addressing past and current feelings and emotional recovery, with the intent of becoming and remaining well-rounded, ever-growing individuals.

I truly admire Asha's sense of honor and dedication in accepting her part in the crimes committed. Asha has shown me dogged courage. As confusing as it may have seemed to many and although her outright admissions of wrong-doing without advice of counsel may ultimately prove detrimental, Asha still met with the Fidelity and MHS teams for weeks for only one reason, to assist in the continuity of a firm so the hundreds of staff members for would remain employed. After her indictment, against the sound advice of her counsel, Asha elected to allow the government's asset seizure to stand because she wanted to return the losses for which she knew she was accountable without further argument.

Asha has not stood by idly waiting for the criminal process to conclude and while facing the harsh realities of having a federal felony on her record, she makes the best of her restrictions, with a positive attitude. Without ever so much as a complaint, Asha works diligently, she provides exemplary service to her clients and strives to be a leader to her teams, many days washing dishes at her client sites even when isn't necessarily her role to do so. She has trained and managed teams for Walmart store resets on the graveyard shift for weeks on end and for supply-chain clients which have a 50-pound lift requirement, are standing only, and are located in buildings without HVAC.

Your Honor, please be assured, I am here for Asha. I sincerely hope that means I am given the opportunity to provide her with support and a loving home so she may continue to make ethically sound decisions, and process the guilt and emotional strife that she is carrying due to her part in this crime. Although at times, I am frightened on her behalf, Asha has not been avoidant to discuss the legal action against her, facing the consequences directly and openly. We are facing this fear directly and with purpose.

It is my hope this letter regarding Asha Maurya will reflect positively when the Court considers her case. Asha has a beautiful spirit. I consider myself to be lucky. Your Honor, from my heart, I truly hope I may be allowed to continue to be a part of Asha's daily life and support her on her journey from a dark world of deception and control.

If you have any questions or concerns regarding this letter, please feel free to contact me. Thank you for your time.

Sincerely,

*James Andrew Wilson*

JAMES WILSON
416 786 0439