# EXHIBIT 6

Mary Kathryn "Katie" Mitchell

Cumming, GA 30041  
Gold4653@gmail.com  
Telephone: (404) 606-7293

United States District Court, Northern District of Georgia  
2211 United States Courthouse  
75 Ted Turner Drive, SW  
Atlanta, GA 30303-3309

Re:     Sentencing of Asha Maurya

Dear Honorable Judge Eleanor L. Ross,

As the Senior Account Manager for Shiftgig Bullpen in 2016 and I had the pleasure of working with Asha for 8 months until I left the company. Of the members comprising our leadership team, she was the member with the most integrity and the member who was the most reliable, humble and motivating. Whenever an issue arose, Asha would to volunteer to find an agreeable solution fitting the needs of those involved, always seeking the appropriate approval whether that was through our GM, corporate handbook or our compliance support options. She especially took an interest in resolving complicated client or employee concerns that more than likely would have been pushed to our Corporate office, and resulted in the loss of business or a disgruntled employee. Asha would go out of her way to provide employees a ride to a client sites not located near a Marta bus stop, in order to satisfy a client order. Most significantly, to reduce stressors on already limited budget resources and to best serve our clients which do not have traditional business hours such as Coca Cola, Asha suggested the office hours should be modified to mirror our Clients' hours. Once approved, she worked those modified hours and the client satisfaction increased double-digits even though no one else would assist in working the early-bird hours.

Although we may differ in many ways, I consider myself eternally blessed to have been introduced to such a loyal and trusted person such as Asha and to have her become one of my closest friends over the last 3 years. I watched Asha navigate intensely difficult circumstances and unlikely events with the utmost humility and grace. Asha has shown me repeatedly that she has the deepest remorse, sadness, true empathy, and honest forgiveness. She effortlessly lends her strength and knowledge to anyone and I have learned a great deal from her and about myself. I have seen the significant and positive changes Asha has made in her life, her dedication to self-enlightenment and in turn, I was encouraged to make changes in my own life.

Asha was whole-heartedly welcomed into my family, by my husband and by adult children, and she was the first ever of any my friends. Asha cares for her mother endlessly as well as anyone she considers "family." She has assisted in translating complicated legal and corporate jargon to me, then insisting on preparing me for meetings which had dire consequences on my entire future, when I stated I would handle it, knowing she had a lot to handle herself. I do not know a more caring and loving person.

Asha is a talented artist with a keen eye which she reveals to very few. James, her significant other, shares this passion and encourages the importance of her creative outlet. In May 2019, my daughter is getting married and Asha has been helping me with the planning since their happy engagement. Asha has kindly been making beautiful items for bridesmaid luncheon and wedding.

Asha and I have discussed the status of her legal case. The humility in which she accepts her responsibility is a credit to her human spirit. She believes, as I do, that in every failure and failure of integrity is a lesson. I know this case and its' consequences have been difficult for some many and she's made many mistakes but I also believe in human frailty. I truly believe that Asha takes responsibility, blaming no one but herself and carries remorse with her daily, only wanting a chance to give back and move forward in a positive direction. Asha is one of the best people I have ever met, thank God, and I consider it an honor to be able to convey this to you.

Sincerely,

*Mitchell*

Mary Kathryn "Katie" Mitchell