# EXHIBIT 7

## *Lolah Figueredo*
, Alpharetta, GA 30004
(678) 249-8779

January 14, 2019

United States District Judge Eleanor J. Ross
c/o United States District Court, Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse; 75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Courtroom 1708 / Chambers 1788
Chambers (404) 215-1520

Re: Sentencing of Asha R. Maurya: February 12, 2019

Dear Honorable Eleanor J Ross:

My name is Lolah Figueredo and I am a former colleague and friend of Asha Maurya. My background includes Information Technology (IT) sales and real estate, currently employed as a Realtor with Berkshire Hathaway HomeServices GA/FL properties. I met Asha Maurya approximately 3 years ago while employed with a staffing agency/software company called Shiftgig BullPen LLC based out of Chicago, IL. As a Senior Account Manager, Asha was my colleague. Her role was that of the office administrator and in charge of employee on-boarding. Our office was dramatically affected when our Chief Human Resources Officer moved her to field manager after eight months of employment.

I am very much aware of the charges of Conspiracy to Commit Wire Fraud against Asha and I am aware of the magnitude of these charges. I have also taken the time to read the charges and conviction of Mr. Hardwick's and the catastrophic effect that his case has caused, not only to the industry in which I now work, real estate, but all the victims.

I know Asha to be a hardworking individual and this resulted in client retention as well as new sales opportunities for Shiftgig Bullpen, LLC. One to be extremely loyal in nature, especially to the leaders, management and the culture set-forth by an employer. She is selfless, sacrificing herself for the better of others. She is loving, giving and always thinking of the best of others. I have witnessed Asha working at 4am and many times ending her work days late to complete all duties required of her, including as a field manager, she washed dishes by herself for a full-service hotel site as they could not hire dishwashers fast enough, but they had a need as she was the leader of our field team, on site. In her administrative role, I have witnessed her assist others in career development, technology skills and interviewing skills. Asha is extremely intelligent and never hesitates to share her knowledge with others including assisting with resume writing to highlight the best skills to a prospective employer. She

believes in education for young children including challenging topics such as hunger and education. She is very much involved in her family, specifically her mother.

In summary, I strongly believe that Asha Maurya is an innately good person who was terrible situations and made even worse decisions, but given the opportunity will learn from her mistakes and excel to make the world a better place.

Should you have any questions or concerns, please do not hesitate to reach out to me.

Best regards,

Lolah Figueredo