# EXHIBIT 8

Timothy McJunkin

▬▬▬▬▬▬▬▬▬

Atlanta, GA 30328

1/12/19

To whom it may concern,

I, Timothy McJunkin am writing this letter to you to provide a character reference about Asha Maurya, who I know as a friend and as a former colleague for a period of 3 years. I provide this reference in full knowledge of Ms. Maurya's charge of Conspiracy to Commit Wire Fraud. I can say it with complete confidence that very few people have contributed to society in a way that Ms. Maurya has. Even though I came into her association through work, I have also known her outside as well. She is one that I am very proud to have met. While is it unfortunate that she has made some bad decisions, thus resulting in this case, I believe that as we move forward, she will emerge a better person.

In short, Ms. Maurya has expressed deep sense of remorse in making such a serious mistake and I believe she has learned from this. It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Ms. Maurya to be an honorable individual, a valuable member of the community and an outstanding human being.

Sincerely,

*[signature]*

Timothy McJunkin