# EXHIBIT 9

MDs • 1800 Howell Mill Road, NW, Atlanta GA 30318-0917
MAURYA, ASHA

OrthoAtlanta, LLC
1800 Howell Mill Road, NW Suite 200
Atlanta, GA 30318-0917
Phone: (404) 352-1015, Fax: (678) 684-2210

Date: 12/04/2017

Dear Asha Maurya,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

RICHARD B. JOHNSTON III M.D.

## Patient Care Summary for Asha Maurya

### Most Recent Encounter
12/04/2017 Richard Johnston, III: 1800 Howell Mill Road, NW, Suite 200, Atlanta, GA 30318-0917, Ph. tel:+1-404-3521015

### Reason for Visit
None recorded.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Shoulder pain**

**2. Strain of rotator cuff capsule**
• rotator cuff injury: care instructions
• rotator cuff: exercises

**Discussion Note**
Cont symptoms R shoulder . Potentailly would benefit from surgery R shoulder . Symptoms now since June injury . . May work with some restrictions . She has other injuries that are also being evaluated .

### Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

### Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

MDs • 1800 Howell Mill Road, NW, Atlanta GA 30318-0917

MAURYA, ASHA

| Name | Prescribed Date | Start Date |
|---|---|---|
| fluconazole 150 mg tablet | | |
| meloxicam 15 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/02/2017 | |
| mupirocin 2 % topical ointment | | |
| topiramate 25 mg tablet | | |
| tramadol 50 mg tablet<br>Take 1 tablet every day by oral route at bedtime. | 11/27/2017 | |
| triamcinolone acetonide 0.1 % topical ointment | | |
| Tylenol-Codeine #3 300 mg-30 mg tablet<br>Take 1 tablet every day by oral route at bedtime. | 11/29/2017 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI |
|---|---|---|
| 5 ft 5 in | 150 lbs | 25 kg/m2 |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| 1492174 | RxNorm | Pineapple | | | |
| 9945 | RxNorm | Sorbitol | | | |
| | | Soy | | | |
| 892484 | RxNorm | Strawberry | | | |
| | | Toradol | Hives | | |

## Problems

No Known Problems

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Shoulder Surgery | Information not available |

**Notes:** rotator cuff repair

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| Smoking Status | Never Smoker |
|---|---|

MDs • 1800 Howell Mill Road, NW, Atlanta GA 30318-0917

MAURYA, ASHA

## Past Encounters

**12/04/2017**
Shoulder Pain; Strain of Rotator Cuff Capsule
Richard Johnston, III, MD: 1800 Howell Mill Road, NW, Suite 200, Atlanta, GA 30318-0917, Ph. (404) 352-1015

**11/06/2017**
Shoulder Pain; Partial Thickness Rotator Cuff Tear; Subacromial Impingement
Richard Johnston, III, MD: 1800 Howell Mill Road, NW, Suite 200, Atlanta, GA 30318-0917, Ph. (404) 352-1015

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Information not available |
| DOB: | | Race: | Information not available |
| Preferred language: | English | Marital status: | Information not available |
| Contact: | 1500 Parkwood Cir Unit 6016, Atlanta, GA 30339, Ph. tel:+1-770-4858857 | | |

## Care Team Members

Insurance Adjuster

Stephanie Graham          Ph. tel:+1-770-8702384

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.