# EXHIBIT 10

MDs • 1800 Howell Mill Rd STE200, Atlanta GA 30318-0917

**MAURYA, ASHA**



OrthoAtlanta, LLC
1800 Howell Mill Rd STE200
Atlanta, GA 30318-0917
Phone: (404) 352-1015, Fax: (404) 477-1176

Date: 01/24/2019

Dear Asha Maurya,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

RICHARD B. JOHNSTON III M.D.
{PROVIDERSIGNATURE}}

# Patient Care Summary for Asha Maurya

### Most Recent Encounter
01/24/2019 Richard Johnston, III: 1800 Howell Mill Rd Ste200, Atlanta, GA 30318-0917, Ph. tel:+1-404-3521015

### Reason for Visit
Right Knee

### Assessment and Plan
The following list includes any diagnoses that were discussed at your visit.
**1. Bursitis of shoulder**

**2. Pain of right wrist**

**3. Subacromial impingement**

**4. Pain of right shoulder joint**

**5. Low back pain**

**6. Neck pain**

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Work Comp RC | 02/21/2019 9:00AM | Richard Johnston, III, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| fluconazole 150 mg tablet | | |
| mupirocin 2 % topical ointment | | |
| topiramate 25 mg tablet | | |
| triamcinolone acetonide 0.1 % topical ointment | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 5 in | 162 lbs | 27 kg/m2 | 143/93 mm[Hg] | 87 bpm |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| 1492174 | RxNorm | Pineapple | | | |
| 9945 | RxNorm | Sorbitol | | | |
| | | Soy | | | |
| 892484 | RxNorm | Strawberry | | | |
| | | Toradol | Hives | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Acetabular Labrum Tear | Active | 07/18/2018 | |
| Annular Tear of Lumbar Disc | Active | 07/18/2018 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Shoulder Surgery | Information not available |

**Notes:** rotator cuff repair

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

**Smoking Status**                                           Never Smoker

## Past Encounters

01/24/2019
Bursitis of Shoulder; Pain of Right Wrist; Subacromial Impingement; Pain of Right Shoulder Joint; Low Back Pain; Neck Pain
Richard Johnston, III, MD: 1800 Howell Mill Rd Ste200, Atlanta, GA 30318-0917, Ph. (404) 352-1015

12/27/2018
Bursitis of Shoulder; Pain of Right Wrist; Subacromial Impingement; Pain of Right Shoulder Joint; Low Back Pain; Neck Pain
Richard Johnston, III, MD: 1800 Howell Mill Rd Ste200, Atlanta, GA 30318-0917, Ph. (404) 352-1015

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | ■■■■■■■■ | Race: | Asian |
| Preferred language: | English | Marital status: | Information not available |

Contact:   1500 Parkwood Cir SE Apt 6016, Atlanta, GA 30339-2265, Ph. tel:+1-770-5009413

## Care Team Members

Insurance Adjuster

Stephanie Graham                    Ph. tel:+1-770-8702384

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.