IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHA R. MAURYA | Criminal Action No.<br><br>1:16-CR-00065-ELR-CMS |

## CONSENT PRELIMINARY ORDER OF FORFEITURE

WHEREAS, On May 11, 2017, Defendant Asha Maurya pleaded guilty to conspiracy to commit wire fraud, as charged in Count 1 of the Indictment, and

WHEREAS, the United States sought forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) on Count 1 of the Indictment, and

WHEREAS, as the result of the guilty plea, Defendant Maurya consents to the entry of a forfeiture money judgment in the amount of $900,000, which constitutes the amount of proceeds derived from the offense, and

WHEREAS, Federal Rule of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendant Maurya shall forfeit to the United States the sum of $900,000 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS HEREBY FURTHER ORDERED that, upon the entry of this Order, the United States Attorney General or his designee may conduct discovery to identify, locate and facilitate the disposition of property subject to forfeiture in accordance with Fed. R. Crim. P. 32.2(b)(3).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $900,000 to satisfy the money judgment in whole or in part. The government is not required to comply with the notice provisions of 21 U.S.C. § 853(n) until such time as any property is seized in satisfaction of the judgment.

SO ORDERED this _____ day of _____, 2019.


_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Kelly K. Connors*
Kelly K. Connors
Assistant United States Attorney
Georgia Bar No. 504787

Consented to:

/s/ *Page Pate*
Page Pate
Attorney for Defendant
Georgia Bar No. 565899
Pate & Johnson, LLC
101 Marietta Street, Suite 3300
Atlanta, GA 30303
(404) 223-3310