IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | 1:16-CR-00065-ELR |
| NATHAN E. HARDWICK, IV, ASHA R. MAURYA, | * | |
| Defendants. | * | |

ORDER

A restitution hearing is scheduled for **THURSDAY, MAY 9, 2018 at 9:30 AM**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 13th day of February, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia