IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | 1:16-CR-00065-ELR-2 |
| | * | |
| ASHA R. MAURYA, | * | |
| Defendant. | * | |

**O R D E R**

This action is before the Court on Defendant's unopposed motion (Doc. 360) to delay her surrender date to the Bureau of Prisons until after her restitution hearing, which is scheduled for May 9, 2019. The Court will delay Defendant's surrender date until noon on May 13, 2019.

Accordingly, Defendant's motion is **GRANTED**. The Clerk is **DIRECTED** to deliver a certified copy of this order to the United States Marshals.

**SO ORDERED**, this 18th day of April, 2019.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia